Jeffrey S. Jacobson
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
jjacobson@kelleydrye.com

Kent Brockelman (009627)
Shelley Tolman (030945)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 381-5477
Facsimile: (602) 224-6020
kbrockelman@cblawyers.com
stolman@cblawyers.com

*Attorneys for Defendants Jeunesse, LLC,
Wendy Lewis, Scott Lewis and Ogale Ray*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| James J. Aboltin, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Jeunesse, LLC, aka Jeunesse Global, Inc., a Florida limited liability company, Wendy R. Lewis, an individual, Ogale "Randy" Ray, an individual, Scott A. Lewis, an individual, Kim Hui, an individual, Jason Caramanis, an individual, Alex Morton, an individual, John and Jane Does 1-100, individual natural persons, and ABC Corporations, Companies, and/or Partnerships 1-20,<br><br>Defendants. | No. CV-16-02574-PHX-SPL<br><br>**EXHIBIT 1 TO NOTICE OF FILING AMENDED DECLARATION OF RYAN OGDEN** |

Exhibit 1 – Amended Declaration of Ryan Ogden

{00263662.1 }

# Exhibit 1

Case 6:17-cv-01624-PGB-T_S Document 34-1 Filed 11/28/16 Page 2 of 6 PageID 520

1   Jeffrey S. Jacobson
    Alina Cristina Mejer
2   KELLEY DRYE & WARREN LLP
    101 Park Avenue
3   New York, New York 10178
4   Telephone: (212) 808-7800
    Facsimile: (212) 808-7897
5   jjacobson@kelleydrye.com
    amejer@kelleydrye.com
6

7   Kent Brockelman (009627)
    Shelley Tolman (030945)
8   COPPERSMITH BROCKELMAN PLC
9   2800 North Central Avenue, Suite 1200
    Phoenix, Arizona 85004
10  Telephone: (602) 381-5477
    Facsimile: (602) 224-6020
11  kbrockelman@cblawyers.com
12  stolman@cblawyers.com

13  *Attorneys for Defendants Jeunesse, LLC, Wendy Lewis, Scott Lewis and Ogale Ray*

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| James J. Aboltin, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Jeunesse, LLC, aka Jeunesse Global, Inc., a Florida limited liability company, Wendy R. Lewis, an individual, Ogale "Randy" Ray, an individual, Scott A. Lewis, an individual, Kim Hui, an individual, Jason Caramanis, an individual, Alex Morton, an individual, John and Jane Does 1-100, individual natural persons, and ABC Corporations, Companies, and/or Partnerships 1-20,<br><br>Defendants. | No. CV-16-02574-PHX-SPL<br><br>**AMENDED DECLARATION OF RYAN OGDEN** |

{00253278.1 }

**RYAN OGDEN** declares, pursuant to 28 U.S.C. § 1746, that:

1. I am the Chief Financial Officer of Jeunesse, LLC ("Jeunesse"). I have been employed by Jeunesse continuously since September 15, 2008, and have held my current position since my original hire date. Jeunesse is a Florida corporation, headquartered at 701 International Parkway, Lake Mary, Seminole County, Florida. I am a Florida resident and my office is located at the Lake Mary headquarters.

2. Except as otherwise indicated, I make this declaration on the basis of my personal knowledge of the facts and events described below, which knowledge was gained during my work for Jeunesse.

**Plaintiff's Interactions and Agreement with Jeunesse**

3. On July 10, 2016, Plaintiff James J. Aboltin ("Mr. Aboltin"), after selecting the username "lookbestfeelbest," signed a contract online to become a Jeunesse distributor.

4. When Mr. Aboltin created an account with Jeunesse, he was required to agree and did agree to three contract documents, links to which appeared on the web page where a prospective distributor indicates his or her assent to those agreement terms.

5. When I submitted my initial declaration to this Court on September 30, 2016, the document I attached to my declaration as Exhibit A was one of the three documents that prospective new distributors could view from the sign-up page — specifically, the one prospective distributors saw when they clicked the "Terms and Conditions" link on that sign-up page. I believed this also to be the case as of July 10, 2016. However, after Mr. Aboltin disputed this point, I learned that I was mistaken: Although the Distributor Agreement terms and conditions were posted elsewhere on Jeunesse's website and could have been viewed by Mr. Aboltin or any other active distributor on July 10, 2016, the sign-up page at that time mistakenly linked to a document describing the terms and conditions pertaining to Jeunesse's *website*, not the terms and conditions of distributorship. That error was corrected prior to the preparation of my declaration, unbeknownst to me.

6. All of Jeunesse's agreements — including all three that are presently on the sign-up page and all three that were on the sign-up page as of July 10, 2016 — were drafted and approved at Jeunesse's Florida headquarters.

7. On July 10 and July 12, 2016, Mr. Aboltin started the process of buying the least expensive "starter" kit for Jeunesse distributors. He did not complete that process on either occasion, however, and therefore did not pay for the kit.

8. On July 13, 2016, Mr. Aboltin created another order for the starter kit and this time paid for it. The total price of that starter kit was $279.21. That purchase activated his account and gave him access to information on Jeunesse's website that is available only to distributors who have made a purchase, including the distributor terms and conditions document. Mr. Aboltin made no further purchases from Jeunesse.

**Jeunesse's Presence in Florida**

9. Jeunesse's headquarters and nearly 300 of its employees — including its entire senior leadership team, as well as all or substantially all of the likely witnesses in this case capable of testifying about Jeunesse's compensation plan — live and work in Florida. Mr. Aboltin's complaint addresses Jeunesse's sales model as a multi-level marketer, and I expect that all or substantially all of the Jeunesse employees from whom Mr. Aboltin may seek testimony, and substantially all of those whom Jeunesse would seek to have testify on the company's behalf, reside in Florida.

10. Substantially all of Jeunesse's records that are potentially relevant to any of Mr. Aboltin's claims, including those relating to Jeunesse's distributors and their purchases and sales, and those relating to Jeunesse's policies and procedures, are stored at Jeunesse's headquarters in Lake Mary, Florida. Jeunesse's information technology systems also are based at its headquarters.

11. Jeunesse has a facility in Salt Lake City, Utah, but no member of its senior leadership team works in that facility, and no decisions respecting Jeunesse's multi-level marketing structure are made there. It is primarily a product distribution center.

12. Jeunesse has no employees in Arizona and no physical presence in Arizona.

13. Jeunesse has approximately 1,443 active distributors in Florida and over 16,600 distributors nationwide — only 226 of whom reside in Arizona.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18th, 2016

*RYAN OGDEN*