# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES J. ABOLTIN,

    **Plaintiff,**

v.                                  Case No:   6:17-cv-1624-Orl-40KRS

JEUNESSE LLC, WENDY R. LEWIS,
OGALE RAY, SCOTT A LEWIS, JASON
CARAMANIS, ALEX MORTON and
UNKNOWN PARTIES,

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION TO SET PLEADING SCHEDULE (Doc. No. 117)**
>
> **FILED:**      October 12, 2017
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part**.

In light of the representations made in the parties' joint motion, the Court sets the following deadlines:

1. Plaintiff shall file his amended complaint on or before **October 30, 2017**.

2. Defendants shall answer or otherwise respond to the amended complaint on or before **December 1, 2017**.

3. In the event that Defendants file a pre-answer motion in lieu of an answer, Plaintiff shall respond to the motion within 30 days after the motion is filed.

No reply memorandum are permitted except with leave of Court.  Additionally, motions generally are resolved on the papers without oral argument.

**DONE** and **ORDERED** in Orlando, Florida on October 27, 2017.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE